AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

FILED
2019 AUG 21 P 3: 30
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| United States of America<br>v.<br>Nyejire Redmond, a.k.a., "Polo"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 3:19mj-1317 (WIG) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 22, 2019__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(j) and 924(a)(2) | Possession of a Stolen Firearm |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Christopher Rettig, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Christopher Rettig
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/21/2019__

/s/ William I. Garfinkel
*Judge's signature*

City and state: __Bridgeport, Connecticut__     William I. Garfinkel, United States Magistrate Judge
*Printed name and title*