UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN THE MATTER OF THE ARREST OF
NYEJIRE REDMOND

Case No. 3:19CR_____(WIG)
3:19 mj 1317 (WIG)
**Filed Under Seal**

FILED
2019 AUG 21  P 3: 31
US DISTRICT COURT
BRIDGEPORT CT

## AFFIDAVIT

I, Christopher Rettig, being duly sworn, depose and state:

1. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF as a Special Agent since November, 2017. Previously, I worked as an Anti-Money Laundering Investigator at Santander Bank in Boston, Massachusetts. I graduated from Northeastern University, Magna Cum Laude in May 2015 with my Bachelors of Science Degree in Criminal Justice. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, both of which are conducted at the Federal Law Enforcement Training Center in Glynn County, Georgia.

2. I have received specialized training in firearms identification and the investigation of firearms-related offenses. I have participated in investigations involving the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have participated in investigations involving individuals who unlawfully possess firearms. I have provided testimony in Grand Jury proceedings and spoken with informants and subjects, as well as local and federal law enforcement officers, regarding the

1

manner in which individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

  3. I have participated in this investigation and, as a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided to me by Special Agents/Task Force Officers of the ATF and members of the Stamford Police Department ("SPD"); (3) my experience and training.

  4. I submit this affidavit in support of a criminal complaint and arrest warrant for NYEJIRE REDMOND, DOB: XX/XX/2000.

  5. I am the case agent in the investigation of REDMOND, and I submit this affidavit in support of a criminal complaint charging REDMOND with a violation of Title 18, United States Code, Section 922(j), Possession of a Stolen Firearm.

  6. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested criminal complaint, it does not include all information gathered to date by the ATF and other law enforcement entities in relation to this investigation. Rather, it contains information that I believe establishes probable cause to believe that REDMOND committed a violation of 18 U.S.C. §§ 922(j).



A.      JANUARY 22, 2019 ARREST OF REDMOND IN STAMFORD, CT

7.      The ATF New Haven Field Office is working in conjunction with the Stamford Police Department ("SPD") in investigating REDMOND being in possession of a stolen firearm. REDMOND is known to reside in New Haven, Connecticut.

8.      The ATF New Haven Field Office is currently investigating the activities of REDMOND, who goes by the street name "Polo," for the unlawful possession and of a stolen firearm.

9.      According to the Stamford Police Department, during the month of January 2019, a known and reliable confidential informant (hereinafter, the "CI") told members of the Narcotics & Organized Crime Unit that a Hispanic male named "Vic" from the New Haven area was currently in possession of multiple firearms and had multiple warrants for his arrest. The CI showed members of the Stamford Police Department a Facebook page for "Vic," which page was in the name of "Victor Dollaz," and contained a picture. Members of the Stamford Police Department then reached out to members of the New Haven Police Department and provided them with the Facebook picture of "Vic." The New Haven Police Department members recognized the person in the photograph and identified him as Victor Berrios-Sanchez. The Stamford Police Department confirmed that Berrios-Sanchez had at least one active warrant for violation of probation.

10.     On January 22, 2019, the CI contacted the Stamford Police Department and stated that Berrios-Sanchez would be traveling from New Haven to Stamford with several firearms that Berrios-Sanchez would be selling/ trading to a black male. The CI stated that Berrios-Sanchez would be arriving at the Cheesecake Factory (located at 230 Tresser Boulevard in Stamford)



between 16:30 and 17:30. The CI also stated that Berrios-Sanchez would be coming in a light grey Acura sedan and that there would be at least one additional person in the car.

11. At about 16:15 that same day, members of the Stamford Police Department took up surveillance in the area of the Cheesecake Factory. At about 17:10, officers saw a silver colored two-door Acura sedan pull into the valet/plaza area for the restaurant. There were at least two Hispanic males in the driver and front passenger seats of the car. The car then pulled into a nearby parking garage, then into a parking space. Stamford officers then observed three Hispanic males, one appearing to be Berrios-Sanchez, exit the car. The three males opened the hood of the car and acted as if they were fixing something with the vehicle.

12. Stamford officers then approached the silver Acura and confirmed that one of the three males was, indeed, Berrios-Sanchez. The other two males were identified as Joel Cruz-Berrios and John Medina. Officers observed that a fourth male (later identified as REDMOND) was still sitting in the backseat of the Acura next to a two-year old child, who was asleep on the seat but not in any sort of child restraint system.

13. Officers arrested and handcuffed Berrios-Sanchez, at which time he stated that he had two guns in his "pockets." Stamford officers then retrieved two firearms from Berrios-Sanchez's interior jacket pockets: (1) a Heritage Rough Rider .22 caliber revolver loaded with six rounds of ammunition and (2) a white gym sock containing (a) a Bauer firearms .25 caliber semi-automatic handgun with an empty magazine and (b) three .25 caliber rounds of ammunition. Inside of Berrios-Sanchez's wallet officers found six white glassine folds containing a powder that later field tested positive for the presence of fentanyl.

14. After Stamford officers found the two firearms on Berrios-Sanchez, they placed Joel Cruz-Berrios and John Medina in handcuffs for officer safety, and removed REDMOND from



the back seat of the Acura. As officers went to secure REDMOND's hands, he stated, "I got a gun in my waist." Officers then retrieved a Smith and Wesson 1911 .45 caliber semi-automatic handgun loaded with eight rounds of ammunition from the front waist band of REDMOND's pants. The firearm was previously reported stolen on December 29, 2018 from New Britain, Connecticut.

15. Stamford Police Officers then arrested Victor Berrios-Sanchez, Joel Cruz-Berrios, and REDMOND for violations of Connecticut state law, including criminal possession of a firearm, theft of a firearm, weapons in a motor vehicle, possession of narcotics, and risk of injury to a minor. Victor Berrios-Sanchez was also processed on his outstanding warrant for violation of probation. Due to a medical condition. John Medina was transported to Stamford Hospital and issued a misdemeanor summons for operating a motor vehicle under suspension and transporting a child without a child restraint system.

**B.  FEDERAL SEARCH WARRANT FOR CRUZ-BERRIOS' CELL PHONE**

16. On February 8, 2019, ATF S/A Sorrentino submitted an affidavit in support of an application and federal search warrant for CRUZ-BERRIOS' cellular device, identified as an Apple iPhone Model A1688, which was seized subsequent to his arrest on January 22, 2019. On February 12, 2019, ATF S/A Oppenheim took custody of the device and attempted to process the cellular device resulting in an unsuccessful extraction. S/A Oppenheim later sent the cellular device to ATF's Digital Forensics Branch (DFB) to be processed with additional forensic techniques. The DFB was able to extract data from the cellular device using an additional software program.

17. On August 1, 2019, S/A Oppenheim processed the extracted data which resulted in the recovery of multiple videos and images captured on the cellular device. S/A Rettig reviewed



the subsequent extraction of the cellular device and located what appears to be a Snapchat video on the cellular device with metadata reflecting the date and time of January 2, 2019, at approximately 6:06 PM, depicting REDMOND in possession of a firearm. The aforementioned firearm appears to be consistent with the seized stolen Smith & Wesson Model SW1911CT, .45 caliber pistol, S/N: UCZ2032, to include the placement of the grip laser, he was arrested with on January 22, 2019. It should be noted that the firearm was reported stolen in the city of New Britain, CT on 12/29/2018, which was only four days before REDMOND can be seen with a firearm consistent with the stolen firearm in what appears to be a Snapchat video and approximately twenty days before REDMOND possessed the firearm in Stamford.



### C. INTERSTATE NEXUS OF THE FIREARM

18. On August 19, 2019, ATF S/A Oppenheim, an interstate nexus expert, examined the Smith & Wesson Model SW1911CT, .45 caliber pistol, S/N: UCZ2032 which was seized from REDMOND's person on January 22, 2019 in Stamford, CT. S/A Oppenheim opined that the Smith & Wesson Model SW1911CT, .45 caliber pistol, S/N: UCZ2032, was manufactured in

Massachusetts. Based on the fact that the firearm was located in Connecticut, I know that the firearm traveled in interstate and/or foreign commerce.

### F. CONCLUSION

19.     Based on the Stamford Police Department's arrest of REDMOND, it is evident that he traveled to Stamford, CT on January 22, 2019 and was in possession of a stolen firearm. It should also be noted that due to the short time period between the firearm being reported stolen in New Britain, CT on December 29, 2019, and the video located on CRUZ-BERRIOS' cellular device with metadata indicating the date of January 2, 2019, it appears REDMOND had possession of a firearm which is consistent with the firearm located in Stamford, CT, approximately four days after the firearm was reported stolen.

20.     Therefore, I respectfully submit that there is probable cause to believe, and I do believe, that REDMOND committed a violation of Title 18 U.S.C. §§ 922(j), possession of a stolen firearm.

21.     In consideration of the foregoing, I respectfully request that this Court issue a criminal complaint and arrest warrant charging REDMOND with a violation of 18 U.S.C. §§ 922(j).

_____
Christopher Rettig
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me this 21st day of August 2019.

/s/ William I. Garfinkel
_____
HON. WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE